

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-7-2004

# USA v. Bautista

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-1707

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"USA v. Bautista" (2004). *2004 Decisions.* Paper 523.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/523

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-1707
_____

UNITED STATES OF AMERICA

vs.

FREDY BAUTISTA

Appellant.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal No. 02-cr-00186-1)
District Judge:  The Honorable John R. Padova

_____

Submitted Under Third Circuit LAR 34.1(a)
June 21, 2004

Before: NYGAARD, McKEE, and CHERTOFF, Circuit Judges.

(Filed: July 7, 2004)

_____

OPINION OF THE COURT
_____

NYGAARD, Circuit Judge.

Fredy Bautista pleaded guilty to conspiracy to distribute five or more kilograms of cocaine within 1000 feet of a school, in violation of 21 U.S.C. § 846. The District Court sentenced him to 87 months—the minimum sentence permitted under the applicable guideline range. After being sentenced, Bautista filed a motion for appointment of counsel and then, after the period for filing his notice of appeal had expired, filed a notice of appeal. The District Court directed its clerk of court to enter Bautista's notice of appeal *nunc pro tunc* and allow Bautista to proceed *in forma pauperis*. We have jurisdiction under 28 U.S.C. § 1291.

Bautista's appointed counsel on appeal, who was also his counsel before the District Court, has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967). Bautista has also filed his own *pro se* brief and reply brief and the government has filed its brief agreeing with Bautista's counsel that there are no non-frivolous issues for appeal in this case. We have carefully reviewed all submissions and the record and agree with Bautista's counsel and the government that there are no non-frivolous issues in this appeal and the District Court did not err.

Accordingly, we will grant Bautista's counsel's motion to withdraw and affirm the order of the District Court.